IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**BOX ALARM LEATHER, LLC**,

  *Plaintiff*,

v.

**MICHAEL B. MANUEL**,
d/b/a THE HIDEOUT,
d/b/a ROYCE SHIELDS,

  *Defendant*.

Case no. 3:23cv-00129

Judge Groh

## CONSENT ORDER OF DISMISSAL

**CAME THE PARTIES** this day, by their counsel, to advise the Court that, as evidenced by the signatures of the parties appearing hereto, pursuant to Fed. R. Civ. P. 41(a) and (c), the parties stipulate that all claims, counterclaims and matters between them have been settled to their mutual satisfaction, and that dismissal with prejudice of all claims, counterclaims and matters arising under this case is appropriate and proper.

Therefore, it appearing to the Court that there is good cause for the same, it is hereby

ORDERED that this matter by and between the parties is hereby DISMISSED with prejudice as to all claims, counterclaims and matters as to all parties.

THIS ORDER IS FINAL.

  ENTERED this __28th__ day of __December__, 2023.

              Gina M. Groh, District Judge

WE ASK FOR THIS:


*/s/ Alex A. Tsiatsos*
Alex A. Tsiatsos, Esq. (#10543)
Tsiatsos Law Firm, PLLC
142 N. Queen Street
Martinsburg, WV 25401
(304) 249-4822 (phone)
(304) 405-2864 (fax)
alex.tsiatsos@tsiatsoslawfirm.com
   *Counsel for Plaintiff Box Alarm Leather, LLC*


*/s/ James P. Campbell*
James P. Campbell, Esq. (VSB No. 25097)
Matthew L. Clark, Esq. (VSB No. 84881)
**CAMPBELL FLANNERY, PC**
1602 Village Market Blvd, Suite 225
Leesburg, Virginia 20175
(703)771-8344 / Telephone
(703)777-1485 / Facsimile
jcampbell@campbellflannery.com
mclark@campbellflannery.com
   *Counsel for Defendant Michael B. Manuel,*
*d/b/a The Hideout, and d/b/a Royce Shields*